111 So.2d 627

**Jewel Pearl DUFF**

v.

**STATE.**

6 Div. 375.

Supreme Court of Alabama.

March 26, 1959.

Rehearing Denied May 14, 1959.

DeGraffenried, deGraffenried & deGraffenried, Tuscaloosa, for petitioner.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Jewel Pearl Duff for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Duff v. State, 111 So.2d 621.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

112 So.2d 218

**Arthur FRAZIER**

v.

**STATE.**

4 Div. 982.

Supreme Court of Alabama.

Feb. 19, 1959.

Rehearing Denied May 28, 1959.

J. Hubert Farmer, Dothan, for petitioner.

John Patterson, Atty. Gen., and Paul T. Gish, Jr., Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Arthur Frazier for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Frazier v. State, 112 So.2d 212.

Writ denied.

STAKELY, MERRILL and COLEMAN, JJ., concur.

112 So.2d 510

**J. A. HANSON**

v.

**C. A. KENNADY.**

8 Div. 980.

Supreme Court of Alabama.

May 28, 1959.

Hoyt Long, Guntersville, for petitioner.

P. W. Shumate, Guntersville, opposed.

SIMPSON, Justice.

Petition of J. A. Hanson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Hanson v. Kennady, 112 So.2d 508.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.